**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TIMOTHY JAMES ULTSCH,

                   Petitioner,                   19 **CIVIL** 10703 (VB)

      -against-                             **JUDGMENT**

UNITED STATES OF AMERICA,
                  Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 30, 2020, the petition for a writ of habeas corpus is DENIED. A federal prisoner seeking habeas relief under Section 2241 need not obtain a certificate of appealability to take an appeal. See Murphy v. United States, 199 F.3d 599, 601 n.2 (2d Cir. 1999). However, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**DATED:**  New York, New York
            November 30, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                  **BY:**
                                                _____
                                                **Deputy Clerk**